1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  SCOTT N. JOHNSON,

12              Plaintiff,

13         v.                    CIV. NO. S-11-1401 LKK/KJN

14  LI FEN WANG, et al.,

15              Defendants.
    _____/
16  SCOTT N. JOHNSON,

17              Plaintiff,

18         v.                    CIV. NO. S-11-1459 MCE/DAD

19  GOOD FRIEND RESTAURANT, LLC,
    et al.,
20
                Defendants.
21  _____/
    SCOTT N. JOHNSON,
22
                Plaintiff,
23                               CIV. NO. S-11-2304 GEB/GGH
           v.
24
    JIN NUNG ZHANG, et al.,
25
                Defendants.
26  _____/

```
1  SCOTT N. JOHNSON,
2                       Plaintiff,
                                              CIV. NO. S-11-2570 GEB/DAD
3            v.
4  VAN HOA NGUYEN, et al.,
                                              NON-RELATED CASE ORDER
5                       Defendants.
                                         /
6
7       The court is in receipt of the Notice of Related Cases
8  concerning the above-captioned cases filed November 29, 2011.
9  After consideration, the court has determined that it is
10 inappropriate to relate or reassign the cases, and therefore
11 declines to do so.
12      This order is issued for informational purposes only, and
13 shall have no effect on the status of the cases, including any
14 previous Related (or Non-Related) Case Order of this court.
15      IT IS SO ORDERED.
16      DATED:  December 9, 2011.
```

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT