SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
EMAIL: scottnjohnson@dapiinc.com
Attorney for Plaintiff Scott N. Johnson

WILLIAM S. BERNHEIM
BERNHEIM, GUTIERREZ & MCCREADY
255 NORTH LINCOLN STREET
DIXON, CA 95620
EMAIL: law@bernheimlaw.net
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Good Friend Restaurant, LLC, et al.<br><br>　　　　Defendants | Case No.: 2:11-cv-01459-MCE-DAD<br><br>**STIPULATION AND ORDER RE: REQUEST FOR EARLY SETTLEMENT CONFERENCE** |

It is hereby requested by the parties, through their designated counsels, Scott N. Johnson and William S. Bernheim, that this action be set for an early settlement conference with a

1
STIPULATION AND PROPOSED ORDER REQUESTING FOR EARLY SETTLEMENT CONFERENCE

randomly selected Magistrate Judge. The parties anticipate that the matter will settle at the settlement conference.

Dated: January 12, 2012                DISABLED ACCESS PREVENTS INJURY, INC.


/s/Scott N. Johnson
SCOTT N. JOHNSON,
Attorney for Plaintiff


Dated: December 21, 2011               BERNHEIM, GUTIERREZ & MCCREADY


/s/ William S. Bernheim
WILLIAM S. BERNHEIM
Attorney for Defendants

**IT IS SO ORDERED**.

Dated: January 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE