1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   EMAIL: scottnjohnson@dapiinc.com
5  Attorney for Plaintiff Scott N. Johnson

6  WILLIAM S. BERNHEIM
   BERNHEIM, GUTIERREZ & MCCREADY
7  255 NORTH LINCOLN STREET
   DIXON, CA 95620
8  EMAIL: law@bernheimlaw.net
   Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson<br><br>   Plaintiff,<br><br> vs.<br><br><br>Good Friend Restaurant, LLC, et al.<br><br>   Defendants | Case No.: 2:11-cv-01459-MCE-DAD<br><br>**STIPULATION AND ORDER RE: REQUEST FOR EARLY SETTLEMENT CONFERENCE** |

  It is hereby requested by the parties, through their designated counsels, Scott N. Johnson and William S. Bernheim, that this action be set for an early settlement conference with a

1

STIPULATION AND PROPOSED ORDER REQUESTING FOR EARLY SETTLEMENT CONFERENCE

1  randomly selected Magistrate Judge. The parties anticipate that the matter will settle at the
2  settlement conference.

Dated: January 12, 2012                    DISABLED ACCESS PREVENTS INJURY, INC.


                                           /s/Scott N. Johnson_____
                                           SCOTT N. JOHNSON,
                                           Attorney for Plaintiff


Dated: December 21, 2011                   BERNHEIM, GUTIERREZ & MCCREADY


                                            /s/ William S. Bernheim_____
                                           WILLIAM S. BERNHEIM
                                           Attorney for Defendants


**IT IS SO ORDERED**.

Dated: January 23, 2012

                                           _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REQUESTING FOR EARLY SETTLEMENT CONFERENCE