SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>            Plaintiff;<br><br>     vs.<br><br>Good Friend Restaurant, LLC, et al,<br><br>            Defendants | Case No.2:11-cv-01459-MCE-DAD<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

In accordance with the parties' stipulation, and good cause appearing therefor, the above-entitled action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).  The matter having been resolved, the Clerk of Court is directed to close the file.  As requested by the parties, however, it is also ordered that the Court shall retain jurisdiction for a period of eighteen (18) months over this action and the parties hereto in order to enforce the terms of the settlement agreement.

   IT IS SO ORDERED.
Dated:  May 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE